UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON RAISER, | ) | CASE NO. CV 13-05312 RGK (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES COUNTY SHERIFF, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the First Interim Report.

Accordingly, it is ORDERED that the following defendants are dismissed from the action for Plaintiff's failure to prosecute as to them: Does 1-25.

DATED: February 6, 2014

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE