UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>                Plaintiff,<br><br>   vs.<br><br>LOS ANGELES COUNTY SHERIFF, ET AL.,<br><br>                Defendants. | CASE NO. CV 13-05312 RGK (RZ)<br><br>ORDER ACCEPTING (1) THIRD INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND (2) SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

        The Court has reviewed the file in this matter, and has read and reviewed (1) the Third Interim Report and Recommendation of United States Magistrate Judge and (2) the Second Report and Recommendation of United States Magistrate Judge. The Court has reviewed the record *de novo* as to those matters in the Third Report to which Plaintiff has objected. (Plaintiff filed no objections to the Second Report.)

        As to the Third Report, the Court shares some of Plaintiff's concerns. Under the challenged local rules, parties represented by counsel enjoy an electronic-filing convenience – and, effectively, extra time to review and draft papers – that *pro se* litigants do not. As the Magistrate Judge noted, however –

    Perhaps the drafters feared that *pro se* litigants might make more filing errors (or abusive filings) than would litigants represented by licensed attorneys. E-

filing is still in its infancy, and perhaps the drafters wished to iron out the bugs before considering extending it.

In addition, as the Magistrate Judge also noted, Plaintiff failed to ripen his challenge to the rules and has not named a proper real party in interest to defend them. That said, the Court accepts the findings and recommendations in the two Reports.

Accordingly, the Court (1) DENIES Plaintiff's motion "to Declare the Local Rules and General Orders Denying Pro Se Litigants ECF Access Unconstitutional" (ECF 41), as discussed in the Third Interim Report, and (2) GRANTS Defendants' summary judgment motion, as discussed in the Second Report.

DATED: 12/9/14

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE