UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>                Plaintiff,<br><br>    vs.<br><br>LOS ANGELES COUNTY SHERIFF, ET AL.,<br><br>                Defendants. | CASE NO. CV 13-05312 RGK (RZ)<br><br>JUDGMENT |

      Pursuant to the Court's acceptance of the Second Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice as to the Los Angeles County Sheriff and without prejudice as to DOES 1-25.

DATED: 12/9/14

                                    R. GARY KLAUSNER<br>                          UNITED STATES DISTRICT JUDGE